AO91 (Rev. 5/93 ND/AL) Criminal Complaint

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

## CRIMINAL COMPLAINT

**UNITED STATES OF AMERICA**
v.                                    CASE NUMBER: MAG-11-280

**MICHAEL ANTHONY KLAUZA**

I, Suzanne Prevatte, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief: Between on or about September 6, 2011, and including on or about September 30, 2011, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant, MICHAEL ANTHONY KLAUZA. who was born in or about 1968, using a facility and means of interstate commerce, to wit: the internet and a telephone, did knowingly attempt to persuade, induce, and entice individuals, known to the defendant as a male child under the age of 16 years and a male child under the age of 12 years, who had not obtained the age of 18 years, to engage in sexual activity for which the defendant can be charged with a criminal offense, including but not limited to: Rape in the First and Second Degrees (Ala. Code § 13A-6-61 and 13A-6-62); Sodomy in the First and Second Degrees (Ala. Code § 13A-6-63 and 13A-6-64); and Sexual Abuse in the Second Degree (Ala. Code § 13A-6-67), in violation of Title 18, United States Code, Section 2422(b).

On or about September 30, 2011, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant, MICHAEL ANTHONY KLAUZA, did travel in interstate commerce from the State of California to the State of Alabama for the purpose of attempting to engage in illicit sexual conduct with another person, in violation of Title 18 U.S.C 2423(b) and (e).

I further state that I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) and that this complaint is based on the facts set forth in the affidavit, which is attached hereto and incorporated herein by reference. See Attachment "A"

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 1, 2011                                    at    Birmingham, Alabama
Date                                                      City and State

T. Michael Putnam
United States Magistrate Judge                    _____
Name and Title of Judicial Officer                Signature of T. Michael Putnam

ATTACHMENT A

AFFIDAVIT

I, Suzanne Prevatte, after being duly sworn in due form of law, depose and say that:

1. I am a Special Agent with the Homeland Security Investigations (HIS), U.S. Department of Homeland Security. I have been so employed for 8 years.

2. This affidavit is made in support of a criminal complaint for Michael Anthony Klauza, the defendant. The defendant is a native and citizen of the United States, born in or about April 1963, social security number xxx-xx- 4080.

3. On or about September 6, 2011, the defendant initiated instant message contact, via the internet, with undercover law enforcement officers by responding to an internet profile. In the correspondence that followed, the defendant came to believe that a person was willing to arrange for the defendant to engage in illegal sexual activity with one child under the age of 16 and another child under the age of 12. The defendant was communicating with an undercover police officer, and communicated with an undercover police officer via the internet and telephone.

4. On or about September 6, 2011, the defendant indicated within an email communication "your post and profile make me hard". "well I've been thinking about boys that age for awhile…" "I was 21 when I played with a 15 year old" .The defendant asked the undercover officer if he played with children under the age of 16. The defendant then stated he was interested and "my cock is hard"

5. On or about September 6, 2011, the defendant indicated within an email communication "..it seems very young is really turning me on. I would like to think I have no limits but I think 7 or 8 is the best age to start".

6. On or about September 10, 2011, the defendant indicated within an instant message communication "the boys like big cocks". Also asked "what kind of limits you and the boys have" "cool, blood pain scat and permanent marks are some of mine" The defendant then arranged a meet "..the 1st or 2nd weekend in October?" The defendant asked the

undercover officer "how hung are you and do you fuck the boys" The defendant then stated "think you all will like my cock"

7. On or about September 10, 2011, the defendant indicated within an instant message communication in regards to a child under the age of 16, "...I do know I would like to touch him and have him touch me" "I would like to feel him inside me"

8. On or about September 12, 2011, the defendant spoke with the undercover officer over the telephone. During the conversation the defendant stated he was "pretty open sexually" The defendant stated in regards to the two minor children under the age of 16 years "I want to feel them fuck me"

9. On or about September 13, 2011, the defendant indicated within an instant message communication "you metion protection, and I am very cool with that...".

10. On or about September 19, 2011, the defendant arranged to meet for illegal sexual activity on September 30, 2011 in the Northern District of Alabama during an email conversation in which he sent his flight schedule from Ontario, California to the Northern District of Alabama.

11. On or about September 21, 2011, the defendant indicated within an instant message communication "I am ok with bring what I need to have fun and right no pain on anyone's part".

12. On or about September 23, 2011, the defendant indicated in email to an undercover he believed to be a child under the age of 16 years old. "... I like all kinds of things also, kissing ..., rimming, I love to do that and I like it done to myself also, I like to do lots of touching sucking kissing, I want you {child under the age of 16 years old} and [child under the age of 12 years old] and [an adult] to have lots of fun with me..."

13. On or about September 24, 2011, the defendant spoke with the undercover officer over the telephone. During the conversation the defendant stated he was "...to meet you and your boys together." "The dream is to play with [an adult] and the boys."

14. After making arrangements via means and facilities of interstate commerce to meet at an airport in the Northern District of Alabama on or about September 30, 2011, and flying from Ontario, California on that

date, the defendant arrived at the meeting place and met the undercover officer. While walking with the undercover officer the defendant stated "...I flew half way across the country to commit a crime." Upon getting off the elevators in the parking deck the defendant was arrested.

15. After being arrested, a positive identification of the defendant was made when agents located his Driver's License on his person.

16. Based, upon the conduct outlined above, the defendant did use a facility and means of interstate to attempt to knowingly persuade, induce, and entice an individual who had not attained the age of 16 years and an individual who had not attained the age of 12 years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 U.S.C. 2422(b). Such conduct would constitute criminal violations of the Rape, Sodomy and Sexual Abuse statutes under the laws of the State of Alabama. The defendant did also travel in interstate commerce for the purpose of attempting to engage in illicit sexual conduct with another person, in violation of Title 18 U.S.C 2423(b) and (e).

Suzanne Prevatte
Special Agent
Department of Homeland Security

T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE